# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Yolanda S. Williams<br>                    Debtor<br><br>U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>                    Movant<br>         vs.<br><br>Yolanda S. Williams<br>                    Debtor<br><br>Christine C. Shubert Esq.<br>                    Trustee | CHAPTER 7<br><br><br><br>NO. 17-14359 ELF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from the Automatic Stay of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), which was filed with the Court on or about February 26, 2018 (Document No. 43).

                                              Respectfully submitted,

                                              **/s/ Rebecca A. Solarz, Esquire**
                                              Rebecca A. Solarz, Esquire
                                              Attorney for Movant
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              215-627-1322

March 28, 2018